**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ZEF GOJCAJ,

     Plaintiff,

v.                                                                Case No. 11-15067

BAC HOME LOAN SERVICING L.P.
and FANNIE MAE,

     Defendants.

_____/

**ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANTS' ANTICIPATED**
**MOTION TO DISMISS AND SETTING TELEPHONE CONFERENCE**

On January 19, 2012, the court held a telephonic scheduling conference in this matter.  During the conference, counsel for Defendants indicated that she will be filing a motion to dismiss the complaint for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6).  Given the court's interest in quickly resolving the anticipated motion, the parties consented to an expedited briefing schedule.  Counsel for Defendants also agreed to entertain Plaintiff's counsel's reasonable requests for document discovery to aid the preparation of his response.  Accordingly,

IT IS ORDERED that Defendants shall file any motion to dismiss the complaint no later than **February 8, 2012**.  Plaintiff shall file a response to any motion to dismiss no later than **February 22, 2012**.  Should Defendants wish to file a reply, they shall do so no later than **February 29, 2012.**

IT IS FURTHER ORDERED that, if Defendants fail to file a motion to dismiss by February 8, 2012, the court will hold a telephone conference with counsel for the parties

on **February 10, 2012, at 9:30 a.m.**  The court will place the telephone call.  If

Defendants do file a motion to dismiss by February 8, 2012, this telephone conference

will be cancelled.

                                     s/Robert H. Cleland
                                     ROBERT H. CLELAND
                                     UNITED STATES DISTRICT JUDGE

Dated:  January 23, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 23, 2012, by electronic and/or ordinary mail.

                                     s/Lisa Wagner
                                     Case Manager and Deputy Clerk
                                     (313) 234-5522

S:\Cleland\JUDGE'S DESK\C2 ORDERS\11-15067.GOJCAJ.BrSchedMotDismiss.set.wpd