# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

ZEF GOJCAJ,

      Plaintiff,

v.                                          Case No. 11-15067

BAC HOME LOANS SERVICING, L.P.,
and FANNIE MAE

      Defendants.
_____/

## ORDER OF DISMISSAL

The court has been informed that the parties have reached a mutually agreeable

settlement of this matter.  Accordingly,

IT IS ORDERED that this action is DISMISSED without prejudice.   Either party

can move to reopen this case by **April 1, 2012**, if settlement is not finalized.  **After April**

**1, 2012**, this dismissal will be with prejudice.


         s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated:  February 2, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record
on this date, February 2, 2012, by electronic and/or ordinary mail.

         s/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522